004709

Order entered November 1, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00495-CV

**SENIOR CARE RESOURCES, INC., Appellant**

V.

**OAC SENIOR LIVING, LLC ANDREW BERRY, & ORSON BERRY, Appellees**

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-07170

## ORDER

The Court has before it appellant's October 29, 2012 unopposed motion to extend time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellant on October 29, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE